EXHIBIT B

# GRELLAS SHAH LLP

Erin M. Adrian
Associate

Email: ema@grellas.com
Phone: (408) 255-6310
www.grellas.com

September 26, 2025

<u>VIA U.S. MAIL AND EMAIL</u>

Moniker Online Services LLC
2320 NE 9th Street, Second Floor
Fort Lauderdale, FL 33304
abusereport@moniker.com

Re: *Notice of Abuse by <thalamus.com>*

Dear Sir or Madam:

This message is being sent to you because you are the official registrant for the domain name <thalamus.com>.

This firm represents SJ Medconnect, Inc. d/b/a Thalamus ("Thalamus"), the provider of a cutting-edge comprehensive graduate medical education interview scheduling platform. Thalamus owns and markets its offerings under the umbrella domain name <thalamusgme.com>. It further owns certain trademarks, including but not limited to THALAMUS, Reg. No. 5365656, registered December 26, 2017, and THALAMUS, Reg. No. 5791152, registered July 2, 2019 (the "Thalamus Marks").

We write to you to notify you that the domain name <thalamus.com>, registered by you since at least November 13, 2023, is currently being used without authorization from Thalamus with the bad faith intent of profiting off of the Thalamus Marks and by misleading or deceiving the public into believing that Thalamus is somehow associated or affiliated with, or sponsors or endorses <thalamus.com>. This constitutes cybersquatting in violation of Section 43(d) of the Trademark Act of 1946, 15 U.S.C. § 1125(d).

We hereby request that you immediately cease any and all affiliation with the domain name <thalamus.com> and that you provide us with the true and complete contact information of the owner of the domain name. If we do not receive a response from you by October 3, 2025, we will have no choice but to proceed with an *in rem* civil action against the domain name <thalamus.com>.

Please do not hesitate to contact us if you have any questions regarding the above.

Very truly yours,

*/s/Erin M. Adrian*

Erin M. Adrian

550 CALIFORNIA STREET | SUITE 1040 | SAN FRANCISCO, CA 94104