Thalamus has acquired Medicratic! We're excited to expand AI-powered recruitment. Read the press release and FAQs.

Thalamus  | Products | Solutions for | Training | Resources | Company | Log In | Book a Demo

# Comprehensive GME Recruitment for Applicants and Programs

Streamline your virtual, in-person, or hybrid interview management with the most trusted platform in medical education.

Request Demo



   

For over a decade, Thalamus has been the premier interview management software for applicants and programs.

# Trusted by Over 8,000 Residency and Fellowship Programs

Join over 800 academic institutions and health systems and optimize your recruitment with Thalamus.

Help

# 5M+
Interviews scheduled

# 450K+
Applicants users historically

# 100M+
Minutes of virtual interviews completed

**THALAMUS CORE**

# The Most Comprehensive GME Interview Management Software

Streamline your entire interview process. Thalamus's Core scheduling software provides comprehensive interview management that allows programs to manage their entire recruitment process using a real-time scheduling system. Program coordinators get more time back to focus on recruitment season and interact with applicants and program leadership. Applicants can self-schedule, instantaneously confirm interview dates and take full control of their schedules.

Learn More

## Advanced Scheduling

- Programs and applicants can manage their entire interview seasons through a centralized calendar - online and mobile
- Applicant self-scheduling with program oversight provides optimal filling of interview events



## Thalamus Holistic Review™ Scoring and Ranking

- Harness best-in-class, customizable competency-based scoring for comprehensive applicant assessment based on your program's needs.
- Optimize ranking with drag and drop reordering. Support top candidate matches with streamlined data exports of multiple rank lists.

## Waitlist Management

Create dynamic ordered or pooled waitlists to maximize completed interviews

## Data & Reporting

Instantly create reports for GME tracking and oversight. Never build another report by hand.





## Itinerary Builder

Easily build applicant and faculty schedules specific to your program's interview day agenda

## Face Sheets & Print Pages

Visualize key applicant data and build custom interview day reports, face sheets and baseball cards. Eliminate bias through screening options to blind applicants information.




ADD ONS

# More Than Just Superior Scheduling

Enhance your interview process with our powerful add-ons.

Itinerary Wizard™



# Built for GME, by GME

Whether you're a program coordinator, program director, DIO/GME director, applicant or specialty organization, Thalamus is tailored to meet your needs built by a grassroots collaboration of individuals passionate about GME.

**Hospitals & Health Systems**          Applicants

# GME Directors & DIOs

Leveraging advanced data and analytics capabilities, we provide comprehensive solutions to optimize an institution's match.

Comprehensive Application Review

Automated Interview Management

Robust Data Reporting

Secure Data Management



# Residency Programs

Industry-specific software fully geared for the UME-to-GME transition.

- Simplified Application Review
- Automated Scheduling
- Integrated Video Interviews
- Comprehensive Reporting

**For Program Coordinators**

**For Program Directors**



# Fellowship Programs

Streamline application reviews and interview management for fellowship programs of all sizes.

- Holistic Application Review
- Automated Scheduling
- Comprehensive Analytics
- Secure Data Management

**For Program Coordinators**

**For Program Directors**

# Speciality Organizations

Specialty-wide data reports and metrics to drive interview guidelines and policies to optimize recruitment.

- Comprehensive Application Review
- Automated Interview Management
- Robust Data Reporting
- Secure Data Management



"The number of hours Thalamus saves me day to day—just gearing up

"Thalam evaluatin

for recruitment—has been a game changer."

efficient[ly] for the ri[ght]

Patrycja Golinska
Academic & Faculty Affairs Manager



Brett Robbins, MD
Designated Institutional Offi[cial]

News & Press

# Explore our latest insights and updates.

View All



October 13, 2025

Methodology for the...

Learn how Thalamus AI Insights identifies academic career interest in personal statements to support fair, consistent, and equitable application review.

Read >



October 6, 2025

Cortex Core Clerkship...

Read >



September 29, 2025

Methodology for creation...

Learn how Thalamus AI Insights standardizes medical school transcripts for ERAS 2026, improving fairness, consistency, and efficiency in residency review.

Read >



September 22, 2025

Artificial Intelligenc...

Read >



September 17, 2025

Announcing the All-Ne...

Read >

# Ready to transform your recruitment process and interview season?

Book a Demo

## Thalamus

### Information
Thalamus Core
Itinerary Wizard
Thalamus Video
Cerebellum Data & Analytics Dashboard
Cortex Application Screening

### Solutions for
Program Coordinators
Program Directors
GME Directors & DIOs
Specialty Organizations
Applicants

### Resources
Training Page
Custom Training
Research
AAMC-Thalamus Collaboration
AAMC-Thalamus FAQs
Thalamus Acquisition of Medicratic FAQs
Help Center
Blog
Status

### Company
About Us
Careers
Open Roles
Customers
Partners
Contact Us

Book a Demo

+1 (408) 837-0295
customercare@thalamusgme.com

   

Download the Thalamus Mobile App   

## Connecting the Docs®

Subscribe to our newsletter and Thalamus content.

Your email

© 2025 Thalamus

Terms of Service    Privacy Policy    Accessibility Statement