

**EXHIBIT D**

                          Excellent          Trustpilot

This domain name

# Thalamus.com is for sale!



3

                    

Secure & Trusted         Fast & Guaranteed      Easy & Flexible
Transactions                   Transfers              Payments

**Atom.com Purchase Protection Program**

A 100% refund is guaranteed if a domain can't be transferred to your ownership.

Learn more >

## About Thalamus.com    Hear it

Thalamus is redefining the interface between human intelligence and artificial intelligence by combining neuroscience-inspired design with breakthrough machine learning, Thalamus creates technologies that think, learn, and adapt, bringing the future of cognitive computing into reality.

☑ Check Brand Alignment

### Is Thalamus.com a Good Fit?

Tell us about your business in a few words:

Ex: A modern clothing brand for young adults.

---

**Purchase Domain**

◯ Buy Now

Proc

✓ Free Transaction Supp
✓ No Extra Fees
✓ Full Ownership Upon F

 

**Track the price of T**

Great domains rarely drop
changes or updates.

Need he

💬 Ready to Chat?

Online - Replies in 3 Min

**Other Purchase Optio**

Purchase with an indepe
will be held securely by
successfully transferred

◯ Buy with

10/16/25, 8:33 AM
Case 1:25-cv-01837-AJT-LRV    Document 1-5    Filed 10/22/25    Page 2 of 4 PageID# 53
thalamus: The domain name thalamus.com is for sale

Change    Submit



## Domain Details

**Possible Uses**

Tech, Internet, Software

AI (Artificial Intelligence)

Artificial Intelligence

And Many More

**Related Keywords**

Brain

Neuroscience

Intelligence

Technology

AI

Artificial intelligence

**Key Emotions or Feelings**

**Domain Characteristics**

Short

.com

One Word

**Root Words**

Thalamus

10/16/25, 8:38 AM
Case 1:25-cv-01837-AJT-LRV   Document 1-5   Filed 10/22/25   Page 3 of 4 PageID# 54
thalamus: The domain name Thalamus.com is for sale

# Frequently Asked Questions

Visit our Help Center for more information

How does Thalamus.com get transferred to me?

Does Thalamus.com come with Trademark or Business Registration?

What is your refund policy?

Are there any ongoing costs after I purchase the Domain?

How safe is the purchase process?

How do payment plans work?



Search Over 300,000+ Premium Names

Tech   Clothing   Finance   Real Estate   Crypto   Short

One Word

## Services
Premium Domains For Sale
Ultra Premium Marketplace
Naming Contest
Brandable Domains
.ai Domains
Short Domains
3 Letter Domains
4 Letter Domains
5 Letter Domains
6 Letter Domains
7 Letter Domains

## Tools
Business Name Generator
Domain Name Generator
Domain Appraisal
How to Name Your Business
Startup Toolkit
Startup Name Generator
Band Name Generator
Blog Name Generator

## Sellers
Become a Seller
Domain Selling Info
Ultra Premium Seller Info
Sapphire Marketplace
ccTLD Marketplace
Domain Auctions
Discussion Forum

## Creatives
Become a Creative

## Atom
About
Contact
How It Works
Testimonials
Our Work
Help & FAQs
Partner with Us
Affiliate Program
AtomRadar
Blog
Careers

10/16/25, 8:38 AM
thalamus: The domain name thalamus.com is for sale
Case 1:25-cv-01837-AJT-LRV    Document 1-5    Filed 10/22/25    Page 4 of 4 PageID# 55

| | | | |
|---|---|---|---|
| One Word Domains | Product Name Generator | Creative FAQs | |
| Aged Domains | | Active Contests | **Legal** |
| Aftermarket Domains | YouTube Name Generator | Recent Winners | Terms of Service |
| Expired Domains | Domain Extensions | Discussion Forum | Privacy Policy |
| .in Domains | WHOIS Lookup | | Cookie Policy |
| .ca Domains | Build a Brand | | |
| .co.uk Domains | AI Logo Generator | | |
| .de Domains | | | |
| Domains for Rent | | | |
| Domain Broker | **Trademarks** | | |
| Domain Marketplace | Trademark | | |
| Brand Identity Design | Trademark Filing | | |
| Brand Naming Agency | Premium Trademark Reports | | |
| Logo Contests | Brand Monitoring | | |
| Tagline Contests | Free Trademark Checker | | |
| Audience Research | | | |

Copyright © 2025 Atom.com

Consent Preferences

**Excellent**

Trustpilot

**4.5 / 5**
based on 735 ratings