**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| SJ MEDCONNECT, INC., d/b/a THALAMUS<br><br>   Plaintiff,<br><br>   v.<br><br>THALAMUS.COM and JOHN DOE<br><br>   Defendants | Civil Action No: 1:25-cv-01837-AJT-LRV |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff SJ Medconnect, Inc., d/b/a Thalamus, hereby gives notice of dismissal of the above-captioned action, and all defendants, without prejudice.

1

Dated:  January 8, 2026

RESTON LAW GROUP, LLP

*/s/ John A. Bonello*
John A. Bonello (VA Bar No. 71926)
2100 Reston Parkway
Suite 450
Reston, Virginia 20191
Phone: 703-483-2810
Fax: 703-264-2226
Email: jbonello@restonlaw.com
*Counsel for Plaintiff SJ Medconnect, Inc. d/b/a*
*Thalamus*


GRELLAS SHAH LLP

Dhaivat H. Shah (*pro hac vice*)
550 California Street
Suite 1040
San Francisco, CA 94104
Phone: 408-255-6310
Email: ds@grellas.com
*Counsel for Plaintiff SJ Medconnect, Inc. d/b/a*
*Thalamus*

2